JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT, | Case No. CV 21-5023 PA (GJSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MARIA DEL CARMEN REYES, | |
| Defendant. | |

In accordance with the Court's October 13, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: October 13, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE